IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| ABRAHAM ANDERSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KANDIJAK, LLC<br><br>　　　　　Defendant. | Case No. CV-24-41-H-JTJ<br><br><br>**ORDER OF DISMISSAL WITH<br>PREJUDICE** |

Plaintiff Abraham Anderson, by counsel, and Defendant Kandijak, LLC, by counsel, having filed their Joint Stipulation for Dismissal Of All Claims With Prejudice, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Abraham Anderson against Defendant Kandijak, LLC are dismissed, with prejudice. Plaintiff Abraham Anderson and Defendant Kandijak, LLC shall each bear their own costs and attorneys' fees.

1

DATED this 10th day of February 2025.

John Johnston
United States Magistrate Judge